No. 72–269. LEVITT, COMPTROLLER OF NEW YORK, ET AL. v. COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL.;

No. 72–270. ANDERSON v. COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL.; and

No. 72–271. CATHEDRAL ACADEMY ET AL. v. COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL. Appeals from D. C. S. D. N. Y. [Probable jurisdiction noted, 409 U. S. 977.] Motion of appellants to permit two counsel to argue orally granted.

No. 72–493. VLANDIS v. KLINE ET AL. Appeal from D. C. Conn. [Probable jurisdiction noted, 409 U. S. 1036.] Motion of American Civil Liberties Union of Ohio, Inc., for leave to file a brief as *amicus curiae* granted.

No. 72–634. UNITED STATES CIVIL SERVICE COMMISSION ET AL v. NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL–CIO, ET AL. Appeal from D. C. D. C. [Probable jurisdiction noted, 409 U. S. 1058.] Motion of appellees for additional time for oral argument granted and 10 additional minutes allotted for that purpose. Appellants also granted 10 additional minutes for oral argument.

No. 72–730. MARKLE ET AL. v. ABELE ET AL., *ante*, p. 951. Stay heretofore granted by this Court on October 16, 1972 [409 U. S. 908], is hereby vacated.

No. 71–157. R. J. REYNOLDS TOBACCO CO. ET AL. v. UNITED STATES ET AL. D. C. N. J. Motion to grant certiorari and consolidate for oral argument with No. 71–1647, *Federal Maritime Commission* v. *Seatrain Lines, Inc.* [certiorari granted, 409 U. S. 1058], denied. Motion for leave to file petition for writ of certiorari denied.